```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

DANIEL KOSMICKI,              )
                              )
              Plaintiff,      )        4:07CV3023
                              )
        v.                    )
                              )
BURLINGTON NORTHERN SANTA     )           ORDER
FE RAILWAY COMPANY,           )
                              )
              Defendant.      )
                              )
```

     IT IS ORDERED:

     Plaintiff's unopposed oral motion to change the time of the Rule 16 telephone planning conference is granted and the time of the conference on June 11, 2007 is changed from 10:00 a.m. to **8:30 a.m.**  Plaintiff's counsel shall initiate the call.

     DATED this 17th day of April, 2007.

                              BY THE COURT:

                           s/ *David L. Piester*
                           David L. Piester
                           United States Magistrate Judge