IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANIEL KOSMICKI, ) | |
| ) | |
| Plaintiff, ) | 4:07CV3023 |
| ) | |
| v. ) | |
| ) | |
| BURLINGTON NORTHERN SANTA ) | ORDER |
| FE RAILWAY COMPANY, ) | |
| ) | |
| Defendant. ) | |

IT IS ORDERED:

Defendant's Motion to Continue Planning Conference, filing 14, is granted and the Rule 16 telephone planning conference is continued from June 11 to June 14, 2007 at 1:30 p.m. Plaintiff's counsel shall initiate the call.

DATED this 16th day of May, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge