```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| DANIEL KOSMICKI, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3023 |
| | ) | |
| v. | ) | |
| | ) | |
| BURLINGTON NORTHERN SANTA FE | ) | ORDER |
| RAILWAY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

On the court's own motion,

IT IS ORDERED:

The Rule 16 telephone planning conference is continued from June 14 to June 21, 2007 at 2:30 p.m. Plaintiff's counsel shall initiate the call.

DATED this 5th day of June, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge