IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DANIEL KOSMICKI,                    )
                                    )
              Plaintiff,            )            4:07CV3023
                                    )
        v.                          )
                                    )
BURLINGTON NORTHERN SANTA FE        )            ORDER
RAILWAY COMPANY,                    )
                                    )
              Defendant.            )
                                    )

 

Magistrate Judge Piester has recused himself from this case.


   IT THEREFORE HEREBY IS ORDERED:

   The clerk shall refer the file to the Chief Judge for reassignment.

   DATED this 3rd day of October, 2007.


                              BY THE COURT:


                              s/ David L. Piester
                              David L. Piester
                              United States Magistrate Judge