IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DANIEL KOSMICKI, | ) | Case No. 4:07CV3023 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER TO SEAL** |
| vs. | ) | **DOCUMENTS** |
| | ) | |
| BURLINGTON NORTHERN SANTA FE RAILWAY COMPANY, | ) ) ) ) | |
| Defendant. | | |

This matter comes before the court on the Defendant's Motion to Seal Documents (filing 34) pursuant to NECivR 5.3(c) and the E-Government Act of 2002, to which Plaintiff's counsel does not object. Defendant's motion shall be granted.

IT IS ORDERED:

1. Defendant's Motion to Seal Documents (filing 34) is granted;

2. Defendant's Brief in Support of Motion for Summary Judgment (filing 36) and Defendant's Evidence Index in Support of Its Motion for Summary Judgment and the evidence attached (filing 37) are hereby placed under seal and access is restricted to the court and the parties to this action, including counsel of record.

October 30, 2007.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Court Judge