IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DANIEL KOSMICKI, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3023 |
| | ) | |
| V. | ) | |
| | ) | |
| BURLINGTON NORTHERN SANTA | ) | ORDER |
| FE RAILWAY, Company, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the Final Pretrial Conference is rescheduled to 1:00 p.m. on Thursday, January 17, 2008, before the undersigned United States district judge, in chambers, 586 Federal Building and United States Courthouse, Lincoln, Nebraska.

November 7, 2007.          BY THE COURT:

                           *S/Richard G. Kopf*
                           United States District Judge