THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DANIEL KOSMICKI, | ) | 4:07CV3023 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| BURLINGTON NORTHERN | ) | |
| SANTA FE RAILWAY | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court upon the defendant's motion for summary judgment (filing 35). Both parties have submitted briefs and evidence in support of their positions.

I have reviewed the briefs and evidence submitted by the parties, and I find that summary judgment should be granted in favor of the defendant. In the interests of judicial economy and to avoid unnecessary trial preparation by the parties, I enter summary judgment today, with a memorandum and order setting forth the court's findings and an accompanying judgment to follow within 30 days.

IT IS ORDERED:

1. Defendant's motion for summary judgment (filing 35) is granted, with a memorandum and order setting forth the court's findings and an accompanying judgment to follow within 30 days;

2. The pretrial conference scheduled for January 24, 2008, is canceled; and

3. This case is removed from the trial docket for February 19, 2008.

January 22, 2008.

                                      BY THE COURT:
                                      s/ *Richard G. Kopf*
                                      United States District Judge