THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DANIEL KOSMICKI, | ) | 4:07CV3023 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| BURLINGTON NORTHERN SANTE FE RAILWAY COMPANY, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the court's memorandum and order filed this date,

FINAL JUDGMENT is entered in favor of the defendant, Burlington Northern Sante Fe Railway Company, and against the plaintiff, Daniel Kosmicki, providing that the plaintiff shall take nothing as against the defendants, and the plaintiff's action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 56.

February 21, 2008.                         BY THE COURT:

                                           s/ *Richard G. Kopf*
                                           United States District Judge